UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NAVAL GIJON, ET AL.,              :

    Plaintiffs,                   :

V.                                : CASE NO. 3:03CV1042 (RNC)

MT MARITIME MANAGEMENT (USA)      :
LLC, ET AL.,

    Defendants.                   :

ORDER

In August 2003, this action was stayed at the parties' request pending a final determination of liability in an arbitration proceeding in London. Since then, nothing has been heard from the parties for a year and a half.

Rather than continue to keep the case open indefinitely, the Clerk will close it administratively without prejudice to reinstatement to the active docket pursuant to a motion filed within 30 days of the completion of the arbitration proceeding.

So ordered.

Dated at Hartford, Connecticut this 20th day of February 2005.

                              Robert N. Chatigny
                          United States District Judge

FILED
2005 FEB 22 P 12: 37
U.S. DISTRICT COURT
HARTFORD, CT