RECEIVED

# EATON & VAN WINKLE LLP

WEST PALM BEACH, FLORIDA OFFICE
TELEPHONE: (561) 748-7740
FAX: (561) 744-8754

3 PARK AVENUE
NEW YORK, NEW YORK 10016

JUN 20  11 36 AM '05

TELEPHONE: (212) 779-9910
FAX: (212) 779-9928

CHAMBERS
ROBERT N. CHATIGNY
U.S. DISTRICT JUDGE

**Ted G. Semaya**
**Partner**

Direct Dial: +1.212.561.3615
Email: tsemaya@evw.com

June 17, 2005

**BY FEDERAL EXPRESS**

The Honorable Robert N. Chatigny
Chief United States District Court Judge
United States District Court for the
    District of Connecticut
Abraham Ribicoff Federal Building
450 Main Street
Hartford, Connecticut 06103

> Re: Naval Gijon et ano. v. M.T. Maritime Management (USA) LLC, etc., et al., 3:03 CV 1042 (RNC)

Dear Judge Chatigny:

I write with respect to Your Honor's Order entered in the above captioned action on February 22, 2005. A copy of the February 22 Order is attached for the convenience of the Court. In relevant part, the Order provides that the captioned action, having been closed administratively by the Order, may be reinstated pursuant to a motion filed within 30 days of the completion of the arbitration proceeding in London. The arbitration (referred to in the Amended Complaint, paragraph 100, as the "Hull 553 Arbitration") is between Naval Gijon S.A., one of the plaintiffs in the referenced action and our client, and Gold Coast, a Special Purpose Company that contracted for the building of Hull 553. The Amended Complaint alleges that Gold Coast was formed by, is controlled by and is indirectly owned by all or some of the defendants in the referenced action.

Another in a series of awards was recently made in the arbitration, but the arbitration proceeding is not completed. The most recent award made in the arbitration is dated May 20, 2005. It is entitled "Sixth Award," because five awards already have preceded it. However, the arbitration has not yet been concluded. The Arbitrator has yet to make the declaration required by the parties for the purpose of ascertaining the accounting position between them, and costs have yet to be determined (inter-parties costs and Arbitrator's fees are recoverable in London Arbitration). A copy of the Sixth Award is enclosed.

However, given the time since the original Stipulation and Order staying the action was entered on August 18, 2003, and the Court's observation in its February 22 Order that the parties had not been heard from at the time it was entered, we thought it important to report to the Court and to ensure that the parties and the Court have a common understanding of the status of the matter. To this end, defendants' counsel have collaborated in drafting this letter and consent to its submission to the Court without prejudice to the rights of any party, including, but not limited to, the right of any party to ask the Court to reinstate the action prior to the completion of the arbitration.

---

*[Handwritten sideways annotation on left margin:]* No further action is necessary at this time. The Clerk will docket this letter. So ordered. June 21, 2005. Robert N. Chatigny, U.S.D.J.

Hon. Robert N. Chatigny
June 17, 2005
Page 2

      If Your Honor has any question or concern or would want copies of any of the previous arbitral awards submitted for review or placed on the record, we would be happy to provide any requested information or documents. If Your Honor is satisfied by this submission, then we would request an acknowledgment by the Court. If Your Honor determines from this letter or any further information the parties may provide that the action should be reinstated now, then we are ready to do that.

      Thank you for your consideration.

      Respectfully submitted,

      Eaton & Van Winkle LLP

      By: _____
      Alan Van Praag
      Ted G. Semaya

cc.:    Jack A. Greenbaum, Esq.
        Healy & Baillie, LLP
        Attorneys for Defendants

Enclosures:   1. Order entered February 22, 2005
                2. Sixth Award dated May 20, 2005