HEALY & BAILLIE LLP
LeRoy Lambert   (CT 02545)
Attorneys for Defendants
61 Broadway
New York, New York 10006
(212) 943-3980

EATON & VAN WINKLE LLP
Alan Van Praag (CT 22243)
Co-Counsel for Plaintiffs
3 Park Avenue
New York, New York 10016-2078
(212) 779-9910

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

--------------------------------------------x

NAVAL GIJON and PEQUENOS Y MEDIANOS
ASTILLEROS SOCIEDAD DE RECONVERSION,
S.A.,

                    Plaintiffs,

    -against-

MT MARITIME MANAGEMENT (USA) LLC
d/b/a M.T. MARITIME MANAGEMENT GROUP;
CHRISTINA TAN, individually, and as an Officer,
Director, and Principal of MT MARITIME
MANAGEMENT (USA) LLC; DOUGLAS P.
MACSHANE, individually, and as an Officer, Director,
and Principal of M.T. MARITIME MANAGEMENT (USA)
LLC; ABC PARTNERSHIP, an entity whose identity is
unknown to Plaintiffs; XYZ CORPORATION, an entity
whose identity is Unknown to Plaintiffs' and JOHN DOE,
an individual whose identity is unknown to Plaintiffs,

                    Defendants.

Civil Action No.:
3:03 CV 1042 (RNC)

--------------------------------------------

**STIPULATION AND ORDER DISMISSING
ACTION WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties hereto, that:

1. All parties named in this proceeding have appeared;

2. Pursuant to Rule 41 of the Federal Rules of Civil Procedure, this action is dismissed with prejudice and any claims which Defendants may have asserted against Plaintiffs through affirmative defenses or otherwise in this action are also dismissed with prejudice;

3. All without fees or costs to any party.

Dated: New York, New York
July 12, 2006

EATON & VAN WINKLE LLP

By: _____
Alan Van Praag (Ct 22243)

Three Park Avenue, 16th Floor
New York, NY 10016
212-779-9910

Attorneys for Plaintiffs

HEALY & BAILLIE, LLP

By: _____
LeRoy Lambert (Ct-02545)

61 Broadway
New York, NY 10006
212-943-3980

Attorneys for Defendants

So Ordered this 13 day
of July, 2006:

_____
Honorable Robert N. Chatigny
Chief United States District Judge